No. 94–542. ALLIED-SIGNAL AEROSPACE CO., GARRETT ENGINE DIVISION AND GARRETT AUXILIARY POWER DIVISION v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–549. LAKEWOOD ENGINEERING & MANUFACTURING, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–552. SCHNEIDER ET UX., INDIVIDUALLY AND AS GUARDIANS OF SCHNEIDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–554. SCALES, INDIVIDUALLY AND AS TRUSTEE FOR THE BERT F. SCALES 1981 TRUST, ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MBANK ABILENE, N. A. C. A. 5th Cir. Certiorari denied.

No. 94–557. FLORIDA ET AL. v. PLATT ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–575. CHAPLIN v. BAKER. Sup. Ct. Minn. Certiorari denied.

No. 94–580. KOEHLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–584. BILBY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–613. BOLDEN v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 94–624. DAWSON ET AL. v. HALPERIN, COMMISSIONER, NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, ET AL. Ct. App. N. Y. Certiorari denied.

No. 94–630. BELL v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–638. MICHIGAN DEPARTMENT OF MENTAL HEALTH v. LOUISIANA HOMES, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 94–645. POSNER v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.